HEATHER E. WILLIAMS, #122664
Federal Defender
CHARLES J. LEE, Bar #221057
Assistant Federal Defenders
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
CHRISTINA WILLIAMS

FILED
AUG 28 2014
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | 1:13-cr-00267 LJO / SKO |
|---|---|---|
| Plaintiff, | ) | **[PROPOSED]** ORDER FOR TRANSPORT TO DELANCEY STREET FOR CHRISTINA WILLIAMS |
| vs. | ) | |
| CHRISTINA WILLIAMS, | ) | |
| Defendant. | ) | |

IT IS HEREBY ORDERED that defendant Christina Williams (Fresno County Sheriff's Booking No. 1436507; Person ID 7052523) shall be released to her aunt, Barbara Mills, from the Fresno County Jail on Wednesday, September 3, 2014 at 8:00 a.m.  Barbara Mills and her husband, Dennis Mills, will then transport Christina Williams directly to the Delancey Street program located at 600 Embarcadero in San Francisco for intake interview.  If accepted, Christina Williams will stay at Delancey Street and abide by all rules of the program.  If not accepted, Mr. and Mrs. Mills will immediately and directly return Christina Williams to the Fresno County Jail by no later than 10:00 p.m. on September 3, 2014.

Dated: August 28, 2014

_____
Honorable Lawrence J. O'Neill,
United States District Court Judge