HEATHER E. WILLIAMS, Bar #122664
Federal Defender
CHARLES J. LEE, Bar #221057
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: 559-487-5561/Fax: 559-487-5950

Attorneys for Defendant
Christina Williams

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CHRISTINA WILLIAMS,<br><br>Defendant. | Case No. 1:13-cr-00267 LJO-SKO-2<br><br>STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING<br><br>DATE: September 11, 2017<br>TIME: 10:30 a.m.<br>JUDGE: Hon. Lawrence J. O'Neill |

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective counsel, that the sentencing hearing in the above-captioned matter now set for July 31, 2017 may be continued to September 11, 2017 at 10:30 a.m.

Ms. Williams completed the residential portion of the Delancey Street Foundation program on May 31, 2017 and is currently working on transitioning back into the community. She is actively seeking to better herself through employment. She began employment this week as a server at the Cheesecake Factory, where she was previously been employed. However, she is also interviewing for positions that would utilize the bookkeeping skills she developed at the Delancey Street Program and recently applied for an entry-level position at the California Franchise Tax Board, where her aunt and uncle spent the majority of their working careers. Defense is requesting some additional time before sentencing to have Ms. Williams stabilize in

1  the community prior to pronouncement of judgment.  Additionally, because the current probation
2  report is now approximately three years old, probation would like to update the presentence
3  report as well.  The government has no objection to the requested date.
4      Absent extraordinary circumstances, the parties agree that there shall be no further
5  continuances in the sentencing hearing.
6      As this is a sentencing hearing, no exclusion of time is necessary under the Speedy Trial
7  Act.

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

DATED: July 13, 2017            */s/ Christopher D. Baker*
                                               CHRISTOPHER D. BAKER
                                               Assistant United States Attorney
                                               Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

DATED: July 13, 2017            */s/ Charles J. Lee*
                                               CHARLES J. LEE
                                             Assistant Federal Defender
                                             Attorneys for Defendant
                                             CHRISTINA WILLIAMS

**O R D E R**

IT IS SO ORDERED.

Dated:  **July 13, 2017**            /s/ Lawrence J. O'Neill
                                             UNITED STATES CHIEF DISTRICT JUDGE